UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

ACS RECOVERY SERVICES, INC.,

                              Plaintiff,          Case No. 07cv7352 (VM) (DFE)

      -against-

MICHELLE MARSHALL,                     STIPULATION

                            Defendant.

-------------------------------------------------------------X

IT IS HEREBY STIPULATED AND AGRED TO by and between the attorneys for parties to the action that defendant MICHELLE MARSHALL's time to respond to, answer or move against the plaintiff's complaint in this matter is extended up to and including January 31, 2008, subject to court approval. The plaintiff has acknowledged service of the complaint and therefore waives any defenses regarding personal jurisdiction.

Dated: December 27, 2007

SANDBACK, BIRNBAUM & MICHELEN, LLP
*Attorneys for Defendant Michelle Marshall*
By: _____
Oscar Michelen, Esq. (OM 5199)
Two Pennsylvania Plaza
Suite 1996
New York, NY 10121
(212)517-3200   fax: (212)279-3509

DAY PITNEY LLP
*Attorneys for Plaintiff ACS Recovery Services, Inc*
By: _____
M. Alexander Bowie, II (MB-6826)
Mikhal T. Francois (MF-3301)
7 Times Square
New York, NY 10036
(212)297-58000   fax: (212)916-2945

EXTENSION APPROVED: 1-4-08
_____
U.S.D.J.
Victor Marrero

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-4-08

71429427.1